IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09-cr-106-LSC |
| | ) | [wo] |
| TOMMIE LEE NELMS | ) | |

**ORDER**

It is ORDERED that, pursuant to the Defendant's *Motion to Suppress* (Doc. 56, filed Oct. 2, 2009), and *Motion to Sever* (Doc. 57, filed Oct. 2, 2009), a hearing is set for **October 23, 2009 at 9:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The United States should **file responses to Defendant's** *Motions* **on or before October 19, 2009.**

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE, this 5th day of October, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE