United States District Court
Middle District of Alabama
Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 3:09-CR-106-LSC |
| | ] |
| TOMMIE LEE NELMS, | ] |
| | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Terry F. Moorer, United States Magistrate Judge [Doc. 170] entered the 6th day of November, 2009, pertaining to Defendant's Motion to Suppress and Motion to Sever [Docs. 56 and 57], and Defendant's Objections to Magistrate's Report and Recommendation [Doc. 80].

After careful consideration of the record in this case and the Magistrate Judge's report and recommendations, this Court hereby ADOPTS the findings of the Magistrate Judge.  The Court further ACCEPTS the recommendations of the Magistrate Judge and OVERRULES Defendant's Objections to Magistrate's Report and Recommendation, and

therefore ORDERS Defendant's Motion to Suppress and Motion to Sever is DENIED.

Done this <u>2nd</u> day of <u>December 2009</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671